UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATTY FOSNIGHT individually and on behalf of all others simiarly situated, ) ) ) Plaintiff, ) ) vs. ) ) LVNV FUNDING, LLC a Delaware limited ) liability company, and ) FIRST NATIONAL COLLECTION ) BUREAU, INC. a Nevada corporation, ) ) Defendants. ) | No. 1:15-cv-00557-LJM-DKL |

## ORDER

Plaintiff Patty Fosnight, individually and on behalf of all other similarly situated ("Named Plaintiff"), has moved for approval of the class notice and for production of the names and address of the class members in an excel or similar spreadsheet, as well as account histories for each class member. Dkt. No. 47. Defendants LVNV Funding, LLC and First National Collection Bureau, Inc. (collectively, "Defendants"), have opposed the Motion seeking additional time to review the notice, due to personnel changes; and claim that they have turned over the requisite names and addresses, but oppose disclosing the confidential financial information. Dkt. No. 50.

The Court concludes that Defendants' request for additional time to review the class notice is not unduly burdensome, but neither is the Named Plaintiff's request that the names and addresses of the class members be turned over in a format that would make it more efficient to process the class notice. The latter is in Defendants' best interests as well. With respect to account histories, the Court is not convinced on the

record before it that it should compel production of that information with respect to the class notice absent a specific, reasonable discovery request and the failure of Defendants to respond to such request.

Therefore, Named Plaintiff's Motion to Approve Class Notice and for the Turnover of Class Data is **GRANTED in part and DENIED in part**.  On or before February 5, 2016, Defendants shall confer with Class Counsel regarding an agreed notice and jointly file a motion for approval of the agreed notice or file its objections to Named Plaintiff's proposed notice.  Also on or before February 5, 2016, Defendants shall provide Class Counsel with the names and addresses of the class members in a spreadsheet or other database format that may readily be used to effectuate notice.

IT IS SO ORDERED.


DATED: ___January 28, 2016___

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

Charity A. Olson
Olson Law Group
colson@olsonlawpc.com

Angie K. Robertson
PHILIPPS AND PHILIPPS, LTD.
angiekrobertson@aol.com

David J. Philipps
PHILIPPS AND PHILIPPS, LTD.
davephilipps@aol.com

Mary E. Philipps
PHILIPPS AND PHILIPPS, LTD.
mephilipps@aol.com